NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

————————————

**ULTIMATEPOINTER, L.L.C.,**
*Plaintiff - Cross-Appellant*

**v.**

**NINTENDO CO., LTD., NINTENDO OF AMERICA INC.,**
*Defendants - Appellants*

————————————

2015-1532, -1535, -1584

————————————

Appeals from the United States District Court for the Western District of Washington in No. 2:14-cv-00865-RSL, Judge Robert S. Lasnik.

-------------------------------------------------------------------

**ULTIMATEPOINTER, L.L.C.,**
*Plaintiff - Appellant*

**v.**

**NINTENDO CO., LTD., NINTENDO OF AMERICA INC.,**
*Defendants - Appellees*

————————————

2015-1297

————————————

2                ULTIMATEPOINTER, L.L.C. v. NINTENDO CO., LTD.

Appeal from the United States District Court for the Western District of Washington in No. 2:14-cv-00865-RSL, Judge Robert S. Lasnik.

———————————

**ON MOTION**

———————————

**O R D E R**

UltimatePointer, L.L.C. moves to stay 2015-1532, -1535 and 2015-1584 pending this court's decision in 2015-1297. The motion is opposed.

We sua sponte consolidate 2015-1532, -1535, -1584, and thus UltimatePointer's opening brief in those appeals should address both attorney fees and costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay is denied.

(2) Appeals 2015-1532, -1535 and -1584 are consolidated. UltimatePointer's opening brief in 2015-1532 et al. is due within 40 days from the date of this order. Due dates for subsequent briefs and the joint appendix are to be calculated according to Fed. Cir. R. 30 and 31.

(3) Appeal 2015-1297 shall be considered a companion case with 2015-1532 et al. and assigned to the same merits panel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25